UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

HENRY A. HERNANDEZ,

    Plaintiff,

  v.

WOFFORD, et. al.,

    Defendants.

No. C 15-0616 NJV (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. Plaintiff raises claims regarding his medical treatment while he was incarcerated at Avenal State Prison. This prison lies within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: February 19, 2015.

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| HENRY A. HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WOFFORD, et al.,<br><br>　　　　Defendants.<br>_____/ | No. 1:15-CV-0616 NJV<br><br><br>CERTIFICATE OF SERVICE |

　　　　I, the undersigned, hereby certify that on February 19, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Henry Aquayo Hernandez
Ap 2996
RJD
P.O. Box 799001
San Diego, CA 92179

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Linn Van Meter
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Linn Van Meter
　　　　　　　　　　　　　　　　　　　　　　　Administrative Law Clerk to
　　　　　　　　　　　　　　　　　　　　　　　the Honorable Nandor J. Vadas

2